# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Dominic Seals,<br><br>             Plaintiff,<br>v.<br><br>Xerox Education Services, LLC d/b/a ACS Education Services, Inc. ; and DOES 1-10, inclusive,<br><br>             Defendants. | Civil Action No.:  1:15-cv-02163-DAP |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated February 3, 2016

                                              Respectfully submitted,

                                              By:   /s/ *Sergei Lemberg*

                                              Sergei Lemberg, Esq.
                                              Lemberg Law, L.L.C.
                                              A Connecticut Law Firm
                                              43 Danbury Road, 3rd Floor
                                              Wilton, CT 06897
                                              Telephone: (203) 653-2250
                                              Facsimile:  (203) 653-3424
                                              Email: slemberg@lemberglaw.com
                                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Northern District of Ohio Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Chris Bator, Esq.
Sam A. Camardo, Esq.
Baker & Hostetler LLP
3200 PNC Center
1900 East Ninth Street
Cleveland, OH 44114
*Attorneys for Defendants*

                                        By */s/ Sergei Lemberg*
                                             Sergei Lemberg